1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  DRAKE & DRAKE, P.C.
   23679 Calabasas Road, Suite 403
4  Calabasas, California  91302
   Telephone:  818.438.1332
5  Facsimile:  818.475.1880
6  Attorneys for Plaintiff
7

8              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| BRENDA GOMEZ, | ) |
| | ) CASE NO.: 5:18-cv-02629-MAA |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($1,600.00) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00) subject to the terms of the stipulation.

DATED: 05/04/20

HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

-1-